IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIAM C. PONTIUS, M.D. and
MOLLIE J. PONTIUS                                               PLAINTIFFS

VS.                              CAUSE NUMBER: 1:06CV749-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY;
an Illinois Corporation; and JOHN AND JANE DOES 1-10            DEFENDANTS

## UNOPPOSED MOTION TO FINALLY DISMISS
## COMPLAINT PURSUANT TO STIPULATION OF DISMISSAL

COMES NOW STATE FARM FIRE AND CASUALTY COMPANY (State Farm) and moves the Court to enter a Final Order of Dismissal of the Complaint, with prejudice and without taxation of costs, each party to bear its own costs and attorney fees.  As grounds, State Farm says:

1.      The parties, acting through their counsel of record, have entered into a Stipulation of Dismissal, a true copy of which is filed herewith as Exhibit "A."

2.      Consistent with the Stipulation of Dismissal, counsel for Plaintiffs have no objection to entry of the Order sought hereby.

3.      Pursuant to the Stipulation of Dismissal (Ex. "A"), there remain no issues to be decided by the Court in this civil action.

WHEREFORE PREMISES CONSIDERED, State Farm respectfully moves the Court, pursuant to the Stipulation of Dismissal (Ex. "A"), to enter its order dismissing the complaint with prejudice and without taxation of costs, each party to bear its own costs and attorney fees.

Respectfully submitted,

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
sspragins@hickmanlaw.com
ATTORNEY FOR STATE FARM

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Derek A. Wyatt @ dwaytt@davidnutt.com

and I hereby certified that I have mailed by United States Postal Service the document to the following non-ECF participants:

None

*/s/H. Scot Spragins*